IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUCIUS CARR, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 04-RDP-RRA-0427-S |
| WARDEN RALPH HOOKS, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this ____18th____ day of February, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE